IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DWAYNE NORTON,**

    **Plaintiff,**

**vs.**                                                                                                    **5:05-CV-176-SPM**

**JUDY M. PITTMAN,**

    **Defendant.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 8) filed October 31, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  To date, no objections have been filed.  Instead, Plaintiff has filed an amended complaint (doc. 9); a motion for transcript (doc. 10); a motion to proceed in forma pauperis (doc. 11); and a petition for writ of certiorari (doc. 12).

These documents, however, do not overcome the critical flaw in Plaintiff's case:  he is a "three-striker" who has filed at least three prior actions which have been dismissed as frivolous.  28 U.S.C. § 1915(g).  As such, he is not entitled to proceed without prepayment of costs and fees under section 1915 unless he

alleges imminent fear of serious physical injury. Id. Because he has made no such showing, Plaintiff's case must be dismissed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 8) is adopted and incorporated by reference in this order.

2. This case is *dismissed*.

3. All pending motions are *denied as moot*.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this thirtieth day of November, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao