IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DWAYNE NORTON,

    Plaintiff,

vs.                      CASE NO.: 5:05-cv-176-SPM-AK

JUDY MARKHAM PITTMAN,

    Defendant.

_____/

**ORDER DENYING MOTION TO CLARIFY**

**THIS CAUSE** comes before the Court upon the Plaintiff's "Motion to Clarify" (doc. 56). Previously, the Eleventh Circuit remanded the case for this Court to determine whether Plaintiff filed his notice of appeal on or before June 29, 2007 (the detailed history of this case is set out in the Court's previous orders at docs. 42, 46, 49, 51). This Court determined that Plaintiff's notice of appeal was filed after June 29, 2007, therefore making Plaintiff's appeal untimely.

Now Plaintiff files another "Motion to Clarify" requesting another opportunity to appeal and to appoint counsel. Substantively, Plaintiff's claims and requests are difficult to understand. Procedurally, however, it is apparent that Plaintiff has not satisfied the requirements to appeal.

This Court denied Plaintiff's earlier Motion to Clarify because Plaintiff had

not filed proof of the date that he mailed his notice of appeal. (doc. 53)  To date, Plaintiff has still not submitted the requested mail log or any other evidence that would either indicate the date of mailing or refute the Court's conclusion that the notice was filed after June 29, 2007.  Later, the Eleventh Circuit Court of Appeals dismissed the case for Plaintiff's failure to pay the $455 filing fee.  (doc. 55) Additionally, Plaintiff's motion to proceed in forma pauperis had previously been denied. (doc. 19)

Because Plaintiff did not verify the date that he mailed his notice of appeal, any request to appeal would still be considered untimely.  Furthermore, because Plaintiff has been denied the opportunity to proceed in forma pauperis, an appointment of counsel would be futile.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. To the extent that Plaintiff's response is construed as a motion, the motion is *denied*.

2. Plaintiff's request for an appointment of counsel is also *denied*.

**DONE AND ORDERED** this twentieth day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge