IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DWAYNE NORTON,

    Plaintiff,

vs.                                      5:05-CV-176-SPM

JUDY M. PITTMAN,

    Defendant.

_____/

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY
AND MOTION TO PROCEED IN FORMA PAUPERIS**

Pending before the Court is Petitioner's request for appeal (doc. 59) that will be construed as a motion for a certificate of appealability and two motions to proceed in forma pauperis on appeal (doc. 60 and 62). For the following reasons, the motions will be denied.

The standard for appealing in forma pauperis requires that the appeal be taken in good faith. 28 U.S.C. § 1915(a)(3). Good faith in this context is measured objectively. <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962); <u>see</u> <u>also</u>, <u>Pace v. Evans</u>, 709 F.2d 1428, 1429 (in forma pauperis status must be denied if the appeal is "without arguable merit"). The Court here certifies that Petitioner's appeal is not taken in objective good faith. Therefore, Petitioner's request must be denied.

A petitioner seeking a certificate of appealability must make a

"substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard is met if the petitioner can show that reasonable jurists could differ as to the resolution of the case or if the issues have sufficient merit to deserve encouragement to appeal. <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). The resolution of this case is not debatable and the issues do not deserve encouragement to appeal because Petitioner's case lacks arguable merit and there has been no substantial showing of a denial of a constitutional right.

Accordingly, in accordance with Title 28, United States Code, Section 1915(a)(3) and Federal Rule of Appellate Procedure 24(a)(3)(A), it is

ORDERED AND ADJUDGED as follows:

1. The motions to proceed in forma pauperis on appeal (doc. 60 and doc 62) are ***denied***.

2. The Court hereby certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that this appeal is not taken in good faith.

3. The motion for certificate of appealability (doc. 59) is ***denied***.

DONE AND ORDERED this <u>twenty-third</u> day of May, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge